IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN SAFETY CASUALTY
INSURANCE COMPANY                                                           PLAINTIFF

v.                              No. 4:15-cv-700-DPM

WHITE CONSTRUCTION & CONCRETE CO. INC.
and DANIEL W. WHITE, Individually                                         DEFENDANTS

JUDGMENT

The Court enters Judgment for American Safety Casualty Insurance Company and against Daniel W. White and White Construction & Concrete Co. Inc., jointly and severally, for $98,260.13. This total includes $74,734.00 paid on the bonds, attorney's fees of $20,119.50, and costs of $3,406.63. Post-judgment interest will accrue at 0.82% from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 February 2017